UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANDRA RENA ROBBINS,

    Plaintiff,

v.                      Case No. 2:25-cv-409-JES-NPM

STEVEN E. MARTIN; JONATHAN
BIERFELD; and MARTIN LAW
FIRM, P.L.,

    Defendants.

---

**ORDER**

This matter comes before the Court on Proposed Intervenor Goldlaw, P.A.'s Motion to Intervene (Doc. #33). The motion fails to comply with Local Rule 3.01(g). M.D. Fla. Loc. R. 3.01(g).

Accordingly, it is hereby

**ORDERED:**

Proposed Intervenor Goldlaw, P.A.'s Motion to Intervene (Doc. #33) is **DENIED WITHOUT PREJUDICE**.

**DONE and ORDERED** at Fort Myers, Florida, this __28th__ day of July 2025.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record